

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carlton Leon Proctor,                  * From the County Court at Law No. 2
of Midland County,
Trial Court No. CR151280.

Vs. No. 11-19-00018-CR           * December 18, 2020

The State of Texas,                    * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.